UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVON EUGENE RAMOS,<br><br>      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY POLICE DEPARTMENT; COUNTY OF BRONX COURTS/DISTRICT ATTORNEY; NEW YORK CITY DEPARTMENT OF CORRECTIONS,<br><br>      Defendants. | 24cv8340 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the December 10, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: December 11, 2024
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge